IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
**No. 5:22-cv-00078-DSC**

| | |
|---|---|
| KEESHA DENISE SYKES, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>)<br>)<br>)<br>Acting Commissioner of )<br>Social Security )<br>)<br>Defendant. )<br>)<br>_____) | ORDER FOR REMAND |

This matter is before the court on Plaintiff's Complaint and Defendant's Consent Motion for Remand to the Commissioner for further administrative proceedings, including a new hearing. The Commissioner wishes to conduct further fact finding.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further administrative proceedings, including a new hearing. *See Shalala*

1

*v. Schaefer*, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed: February 5, 2023

David S. Cayer
United States Magistrate Judge